

| | | | |
|---|---|---|---|
| Richmond & Hevenor v. Mirarchi | 2102 EDA 2015 Affirmed | 08/05/2016 | October Term, 2013 No. 00520 (Philadelphia) |
| Com. v. Bigio | 2308 EDA 2015 Affirmed | 08/05/2016 | CP–51–CR–0304021– 2005 (Philadelphia) |
| Com. v. Ramos | 2771 EDA 2015 Affirmed | 08/05/2016 | CP–51–CR–0709251– 2006 CP–51–CR–0803171– 2005 (Philadelphia) |
| Com. v. Stern | 3308 EDA 2015 Affirmed | 08/05/2016 | CP–46–CR–0001919– 2014 (Montgomery) |
| Hennigan v. Progressive Casualty Ins.[5] | 3570 EDA 2015 Affirmed | 08/05/2016 | No. 140305646 (Philadelphia) |
| Com. v. Culbreath | 372 EDA 2016 Affirmed | 08/05/2016 | CP–46–CR–0002579– 1976 (Montgomery) |
| H.B. v. L.F. | 1777 MDA 2015 Affirmed | 08/05/2016 | 2012–4656 (Centre) |
| Com. v. Jones | 1991 MDA 2015 Quashed | 08/05/2016 | CP–54–CR–0001256– 2014 (Schuylkill) |
| S.A.W. v. R.J.S. | 2214 MDA 2015 Affirmed | 08/05/2016 | 2011–FC–001982–03 (York) |
| Com. v. Ruiz–Latorre | 2279 MDA 2015 Affirmed | 08/05/2016 | CP–22–CR–0003663– 2010 (Dauphin) |
| Dupre v. Dupre | 740 WDA 2015 Reversed and Remanded | 08/05/2016 | FD 09–008294016 (Allegheny) |
| Com. v. Bowen | 519 EDA 2015 Affirmed | 08/08/2016 | CP–51–CR–0012706– 2008 (Philadelphia) |
| Husick v. Husick | 1075 WDA 2015 Affirmed | 08/08/2016 | 180–S for the year 2007 (Bedford) |
| Fardo v. Keiser | 1260 WDA 2015 Affirmed | 08/08/2016 | AR 14–001920 (Allegheny) |
| Com. v. Daniels | 1286 EDA 2015 Affirmed | 08/09/2016 | CP–51–CR–0012667– 2011 (Philadelphia) |
| Com. v. Campbell | 1987 EDA 2015 Affirmed | 08/09/2016 | CP–51–CR–0006357– 2014 (Philadelphia) |
| Com. v. Cartegena | 2043 EDA 2015 Affirmed | 08/09/2016 | CP–51–CR–0010833– 2012 (Philadelphia) |

5. Petition for reargument denied October 12, 2016.